Exhibit "1"

# COX CLAIMS GROUP (USA) LLC

PO BOX 1573, Brodheadsville, PA 18322
www.wecoxclaimsgroup.com

Tel: 570 629-8401
Fax: 570 629-8403
Email: cbergstresser@w-e-cox.com

July 18, 2017

EP Expedited
16464 US HWY 83N
Laredo TX 78045

Fax: 956-790-0430

cc: Alexcis Nell
The Fuentes Firm P.C.
alexcis@fuentesfirm.com

Subject: Damaged Module JAP6-724BB 320WW Solar Panels Damaged in a RTA
Our Reference no. 2017/01328

Our office represents interested cargo underwriters AXA Tianping Property & Casualty Insurance CO. LTD whom are investigating a claim for damaged solar panels which suffered damage on October 22, 2016 while in transit from Linden NJ to Bend OR under the care, custody and control of EP Expedited whom suffered a road traffic accident on HWY 22 East mile marker 66 in Bend Oregon.

**Bill of Lading: 00000000000000185**
**Transit: Linden NJ to Bend OR**
**Consignment: 30 pallets Solar Panels**
**Claim: Damaged in RTA**
**Claim Amount: $161,732.00**

We here by file formal claim in the amount of $161,732.00 for the said loss. Our demand is for the invoice value of the cargo in the amount of $119,232.00 and the $42,500 in storage fees.

We seek your kind acknowledgment of claim and comments with respect to liability, documents supporting our demand are attached for your consideration.

Thank you and Best Regards,

Catherine Bergstresser
W.E. Cox Claims Group (USA) LLC




Regional Offices in; United Kingdom, Europe, Hong Kong, Singapore, Malaysia, Australia & USA with Agents in every Port of the World

Claims Settling | Recoveries | Surveys | Liability | GA & Salvage Services

W.E. Cox Claims Group Ltd, Registered Office: 140 Fenchurch Street, London, EC3M 6BL, United Kingdom. Registered No. 700532